THOMAS K. GODFREY
Assistant U.S. Attorney
U.S. Attorney's Office
U.S. Federal Courthouse
2601 2nd Avenue North, Box 3200
Billings, MT  59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Thomas.Godfrey@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**
JUL 19 2018
Clerk, U.S. Courts
District Of Montana
Billings Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK TERRY QUINTANA,<br>JULIAN JUAN ROMERO,<br>ANTHONY SKYLER REGIS and<br>RIKKO CHRIS BOLOTAS,<br><br>Defendants. | CR 18-94-BLG-SPW<br><br>**INDICTMENT**<br><br>CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>(Count I)<br>Title 21 U.S.C. § 846<br>(Penalty for methamphetamine: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release)<br>(Penalty for heroin:  Mandatory minimum five years to forty years imprisonment, $5,000,000 fine, and at least four years supervised release) |
|---|---|

1

|  | POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>(Count II)<br>Title 21 U.S.C. § 841(a)(1) and<br>Title 18 U.S.C. § 2<br>(Penalty for methamphetamine: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release)<br>(Penalty for heroin:  Mandatory minimum five years to forty years imprisonment, $5,000,000 fine, and at least four years of supervised release)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That beginning in approximately August 2016, and continuing until on or about October 27, 2016, at Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendants, MARK TERRY QUINTANA, JULIAN JUAN ROMERO, ANTHONY SKYLER REGIS, and RIKKO CHRIS BOLOTAS, knowingly and unlawfully conspired and agreed with other persons, both known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and 100 grams or more of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 846.

2

## COUNT II

That beginning in approximately August 2016, and continuing until on or about October 27, 2016, at Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendants, MARK TERRY QUINTANA, JULIAN JUAN ROMERO, ANTHONY SKYLER REGIS, and RIKKO CHRIS BOLOTAS, knowingly possessed, with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and 100 grams or more of heroin, a Schedule I controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

for KURT G. ALME
United States Attorney

for JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ (all dfts) _____
Bail: _____

3